IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DENISE MITTS                                                                                          PLAINTIFF

v.                                       Case No. 4:19-cv-4082

YOALMO HERNANDEZ;
LIGHTNING LOGISTICS, LLC;
JOHN DOE ENTITIES 1-5; and
JOHN DOE                                                                                              DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice. ECF No. 23. The parties state that they have reached a settlement and stipulate that Plaintiff's claims against Defendants should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 28th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge